ACCEPTED
04-14-00885-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/11/2015 2:02:24 PM
KEITH HOTTLE
CLERK

## 04-14-00885-CR

| | | |
|---|---|---|
| **VICTOR PEREZ PRADO,**<br>**Appellant,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **IN THE** FILED IN |

**VICTOR PEREZ PRADO,**
**Appellant,**

**VS.**

**THE STATE OF TEXAS,**
**Appellant**

§
§
§
§
§
§
§
§
§
§
§

**IN THE** FILED IN
4th COURT OF APPEALS
**COURT OF APPEALS FOR THE** SAN ANTONIO, TEXAS
5/11/2015 2:02:24 PM
KEITH E. HOTTLE
**FOURTH SUPREME JUDICIAL** Clerk
**DISTRICT**

**SAN ANTONIO, TEXAS**

### APPELLANT'S SECOND MOTION FOR
### EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES VICTOR PEREZ PRADO, Appellant in the above entitled and numbered cause, by and through his attorney of record, Kurtis S. Rudkin, and files this his Second Motion for Extension of Time to File Appellant's Brief, under Rule 10.5 (b) of the TEXAS RULES OF APPELLATE PROCEDURE. In support hereof, Appellant would respectfully show this Court the following:

I.

Appellant, VICTOR PEREZ PRADO, is requesting an extension of time to file his brief, which is currently due to be filed by Monday, May 11, 2015.

II.

This is the second request for an extension of time to file Appellant's brief in this matter.

III.

Counsel for Appellant makes this request for an extension of time to file Appellant's brief for the following reasons:

1. During the preceding 30 days, Appellant's attorney has been required to undertake the following matters:

> April 14, 2015, Cause No. 14425B; *In the Matter of the Marriage of Christine Denise Ahrens and David Reese Rowling;* In the 198th Judicial District Court, Kerr County, Texas (hearing);

April 15, 2015, Cause No. 14619A; *In the Interest of Ethan William Crider and Eric Thornton Crider, Children;* In the 216th Judicial District Court, Kerr County, Texas (hearing);

April 21, 2015, Cause No. 14-475-CR; *The State of Texas vs. Anthony Wayne Sanchez;* In the County Court at Law, Kendall County, Texas (pretrial);

April 21, 2015, Cause No. 14679B; *In the Interest of Kaylee Isabella Lopez and Jax Liam Camarillo, Children;* In the 198th Judicial District Court, Kerr County, Texas (permanency planning meeting);

April 21, 2015, Cause No. 14-1083B; *In the Interest of Vontrey Melchizedek Anderson, Amya Tashia Anderson, and Ziona Michelle Anderson, Children;* In the 198th Judicial District Court, Kerr County, Texas (permanency planning meeting);

April 22, 2015, In the County Court at Law, Kendall County, Texas (arraignments for indigent defendants);

April 22, 2015, Cause No. 15-153-CCL; *In the Interest of Devin Avant Llamas aka Avant Devin Llamas, a Child;* In the County Court at Law, Kendall County, Texas (adversary hearing);

April 22, 2015, Cause No. 14-027; *In the Interest of Jaelyn Ellabeth Davis and Raiden Kai Stanford, Children;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

April 28, 2015, Cause No. 371555; *The State of Texas vs. Roger Dale Weimer;* In the County Court at Law No. 4, Bexar County, Texas (hearing);

April 28, 2015, Cause No. 13-413; *In the Matter of the Marriage of Glenda Collins and Jeffery Collins;* In the 216th Judicial District Court of Kendall County, Texas (attorney and expert conference);

April 29, 2015, Cause No. 14-368; *In the Matter of the Marriage of Emily Anne Weiner and Ross Edward Weiner;* In the 216th Judicial District Court, Kendall County, Texas (divorce prove-up);

April 29, 2015, Cause No. 14-027; *In the Interest of Jaelyn Ellabeth Davis and Raiden Kai Stanford, Children;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

April 30, 2015, Cause No. 5676; *The State of Texas vs. Angel Catherine Hatter;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

May 1, 2015, Cause No. 15-008-JV; *In the Matter of Dustin Duran;* In the County Court at Law, Kendall County, Texas

May 5, 2015, Cause No. 2013-CI-13113; *In the Interest of Jacob Michael Balderas, a Child;* In the 73rd Judicial District Court, Bexar County, Texas (hearing);

May 5, 2015, Cause No. 14-228-CR; *The State of Texas vs. Cody Dewayne Ellis;* In the County Court at Law, Kendall County, Texas (hearing);

May 5, 2015, Cause No. 5584; *The State of Texas vs. Miguel Hernandez, Jr.;* In the 216th Judicial District Court, Kendall County, Texas (pretrial);

May 5, 2015, Cause No. 14-679-CR; *The State of Texas vs. Holly Leigh Rudd;* In the County Court at Law, Kendall County, Texas (pretrial);

May 5, 2015, Cause Nos. 14-699-CR and 14-700-CR; *The State of Texas vs. Mickie Alane Santos;* In the County Court at Law, Kendall County, Texas (pretrials);

May 6, 2015, Cause No. 14679B; *In the Interest of Kaylee Isabella Lopez and Jax Liam Camarillo, Children;* In the 198th Judicial District Court, Kerr County, Texas (hearing);

May 7, 2015, Cause No. 5165; *The State of Texas vs. Adalberto Campos-Marquez;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

May 7, 2015, Cause No. 5006; *The State of Texas vs. Barbara Sue Smith*; In the 216th Judicial District Court, Kendall County, Texas (pretrial);

May 7, 2015, Cause No. 5676; *The State of Texas vs. Angel Catherine Hatter;* In the 216th Judicial District Court, Kendall County, Texas (pretrial);

May 7, 2015, Cause No. 5527; *The State of Texas v. Kevin Lee Naumann;* In the 216th District Court, Kendall County, Texas (hearing);

May 7, 2015, Cause No. 5172; *The State of Texas vs. Cassidy A. Ricker;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

May 7, 2015, Cause No. 5659; *The State of Texas vs. Brandy Joy Steinhiser;* In the 216th Judicial District Court, Kendall County, Texas (hearing);

May 7, 2015, Cause No. 5660; *The State of Texas vs. Victoria Nichole Thomason;* In the 216th Judicial District Court, Kendall County, Texas (hearing); and

May 8, 2015, Cause No. 1403-B; *In the Interest of Annalina Olivares Menchaca, a Child;* In the 198th Judicial District Court, Kerr County, Texas (mediation).

Due to his schedule over the past 30 days, Counsel for Appellant would show that he has been unable to finish the brief and needs additional time to finalize Appellant's brief.

## IV.

All counsel have conferred and the State of Texas, Appellee, by and through her District Attorney, does not oppose the requested extension.

## V.

Appellant's counsel requests an additional **30** days, or until **June 10, 2015**, to submit Appellant's brief.

## VI.

This motion is not filed for the purpose of delay, but rather so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, VICTOR PEREZ PRADO, Appellant, prays that this Court grant an additional 30 days to file his brief.

Respectfully Submitted,

**KURTIS S. RUDKIN**
State Bar No. 00792103
910 North Main Street, Suite One
Boerne, Texas 78006
Phone: (830) 249-8472
Fax: (830) 249-6315
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon Attorney for Appellee, E. Bruce Curry, District Attorney, 216th Judicial District, via facsimile to (830) 896-2620, on May 11, 2015.


KURTIS S. RUDKIN
ATTORNEY FOR APPELLANT